UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

JOSEPH WAYNE RICHT, JR.,

    Plaintiff,

v.                                                      No. 1:25-CV-262-H

PAYCOM PAYROLL, LLC,

    Defendant.

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Dkt. No. 21.  The joint stipulation is approved.  The plaintiff's claims against the defendant are dismissed with prejudice, and the Clerk of Court is directed to close the case.

So ordered on May 21, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE